**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GROVER J. KELLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>BAXTER INTERNATIONAL INC., JOSEPH E. ALMEIDA, JAMES K. SACCARO, and JAMES W. BORZI,<br><br>   Defendants. | Case No. 1:23-cv-4497<br><br>Judge Robert W. Gettleman |

**ORDER**

PURSUANT TO THE JOINT MOTION OF THE PARTIES AND IN ACCORDANCE WITH THE PRIVATE SECURITIES LITIGATION REFORM ACT, 15 U.S.C. § 78u-4, and good cause appearing, Defendants' time to answer, move or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended complaint, or designation of an operative complaint, and the response thereto. Given the PSLRA's discovery stay (15 U.S.C. § 78u-4(b)(3)(B)), all discovery is stayed pending a decision on Defendants' anticipated motion to dismiss.

Counsel for Defendants accept service of the summons and complaint in this action on behalf of all Defendants. Nothing herein or in the parties' joint motion shall be deemed to

1

constitute a waiver of any rights, defenses, objections, or any other application to any court that any party may have with respect to the claims set forth in the complaint already filed in this action.

IT IS SO ORDERED.

ENTER:

Robert W. Gettleman
United States District Judge

DATE: August 14, 2023

2