**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GROVER J. KELLEY, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:23-cv-04497 |
| Plaintiff, | CLASS ACTION |
| v. | Honorable Robert W. Gettleman |
| BAXTER INTERNATIONAL, INC., JOSEPH E. ALMEIDA, JAMES K. SACCARO, and JAMES W. BORZI, | |
| Defendants. | |

**DECLARATION OF NICHOLAS R. LANGE IN SUPPORT OF GROVER J. KELLEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Nicholas R. Lange, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the Bar of this Court, and an associate at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), lead counsel for proposed Lead Plaintiff Grover J. Kelley ("Plaintiff"),

2. I make this Declaration in support of Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Plaintiff attesting to his transactions in Baxter International, Inc. ("Baxter" or the "Company") securities during the Class Period.

4. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses of Plaintiff.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release

announcing the filing of the above-captioned action, which was filed in this Court on July 12, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: September 11, 2023                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Nicholas R. Lange*
Nicholas R. Lange
1111 Summer Street, Ste. 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: nlange@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*pro hac vice to be submitted*

*Counsel for Grover J. Kelley and [Proposed] Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, Nicholas R. Lange, the undersigned attorney, hereby certify that on the 11th day of September, 2023, I caused to be served a copy of the within and **DECLARATION OF NICHOLAS R. LANGE IN SUPPORT OF GROVER J. KELLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** via the Court's CM/ECF system, on all counsel of record.

*/s/ Nicholas R. Lange*
Nicholas R. Lange