# EXHIBIT B

| | |
|---|---|
| **Client Name** | Grover J. Kelley |
| **Company Name** | Baxter International Inc. |
| **Ticker Symbol** | BAX |
| **Security Type** | |
| **Class Period Start** | 05-25-2022 |
| **Class Period End** | 02-08-2023 |
| **90-DAY Lookback Period Start** | 02-09-2023 |
| **90-DAY Lookback Period End** | 05-09-2023 |
| **90-DAY Lookback Average** | $ 41.54 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $1,720.79 |
| **DURA LIFO* Total** | $1,720.79 |
| **Gross Shares Purchased** | 100 |
| **Net Shares Retained** | 100 |
| **Net Funds Expended** | $5,875.05 |

**Grover J. Kelley**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 09-13-2022 | 100 | 58.7505 | $ 5,875.05 | | | | | | - | 100 | 100 | $ 41.54 | $ 4,154.26 | $ 1,720.79 | $ 1,720.79 |
| **Total:** | **100** | | **$5,875.05** | | | | | | | **100** | **100** | | **$4,154.26** | **$1,720.79** | **$1,720.79** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.