# EXHIBIT C



*Source:* *Levi & Korsinsky, LLP*

*July 12, 2023 16:29 ET*

# INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Baxter International Inc. Securities and Sets a Lead Plaintiff Deadline of September 11, 2023

NEW YORK, July 12, 2023 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Baxter International Inc. ("Baxter" or the "Company") (NYSE: BAX) between May 25, 2022 and February 8, 2023, inclusive. You are hereby notified** that the class action lawsuit *Grover J. Kelley v. Baxter International, Inc., et al* (Case No. 1:23-cv-04497) has been commenced in the United States District Court for the Northern District of Illinois. To get more information **go to:**

https://zlk.com/pslra-1/baxter-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company concealed the true extent of the supply chain problems it was experiencing while simultaneously exaggerating its ability to maintain a healthy supply chain in the face of global pressures; (ii) as a result, the Company's projected earnings were materially misleading during the Class Period; (iii) the foregoing, once revealed, was reasonably likely to have a material negative impact on the Company's financial condition; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times. Over the course of the Class Period, Baxter's stock price declined by nearly 50%, eliminating billions of dollars in market capitalization.

**If you suffered a loss in Baxter securities, you have until September 11, 2023** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
55 Broadway, Suite #427
New York, NY 10006

jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com