# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GROVER J. KELLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., JOSEPH E. ALMEIDA, JAMES K. SACCARO, and JAMES W. BORZI,<br><br>Defendants. | Case No. 1:23-cv-04497<br><br>CLASS ACTION<br><br>Honorable Jeffrey I. Cummings |

## ORDER OF DISMISSAL

Having considered the Parties' Joint Motion, the Court hereby ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of the Action;

2. The Action shall be dismissed with prejudice as to Plaintiff as against all Defendants;

3. The Action shall be dismissed without prejudice as to all other putative class members;

4. Because the dismissal is with prejudice as to Plaintiff only, and not as to any members of the putative class, notice of this dismissal is not required; and

5. Each Party shall be responsible for his, her or its own costs or fees associated with the Action.

**IT IS SO ORDERED.**

DATED: December 4, 2023

_____
HONORABLE JEFFREY I. CUMMINGS
UNITED STATES DISTRICT COURT JUDGE